IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    September 3, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE ROMERO-VILLANUEVA, et al

vs                                         CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al

By order of the Court, the docket shall reflect that the following motions are MOOT: Motion for Leave for Translations (**docket entry 73**), Informative Motion for Amended Complaint (**docket entry 77**), Motion Requesting Protective Order from More Discovery (**docket entry 78**) and Motion Requesting Leave of Time (**docket entry 107**).

The following motions are DENIED:  Informative Motion (**docket entry 80**), Special Appearance (**docket entry 82**), Motion Requesting Sanctions Against Defendant Puerto Rico Electric Power Authority (**docket entry 83**).   Parties to be notified.

s/c: G. Tous
     H. Aldarondo
     L. Maldonado
     J. Ojeda

SEP -3 1999

~~ - Secretary