IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    September 17, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE ROMERO-VILLANUEVA, et al

vs                                         CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al

By order of the Court, plaintiffs' Motion in Emergency to Reconsider Court's decision that the Motion for Summary Judgment not be allowed (**docket entry 64**) is DENIED. Plaintiffs' Motion for extension of time (**docket entry 67**) is MOOT. Plaintiffs' Motion Joining Summary Judgment and Opposition to Dismissal (**docket entry 68**) is MOOT. Plaintiffs' Supplementary Partial Summary Judgment (**docket entry 72**) which defendants opposed (**docket entry 75**) is DENIED. PREPA's request for clarification of case status (**docket entry 75**) is DENIED. Parties to be notified.

- Secretary