IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs

CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants

## ORDER

Having considered the Motion to Dismiss Co-plaintiff's Article 1802 Claims filed by PREPA (**docket entry 58**), and the plaintiff's Opposition (**docket entry 100**), the Court finds that the allegations contained in paragraphs 53 through 56 are said to have occurred within the year before the action was filed. Accordingly, the Motion to Dismiss is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 30, 1999.

CARMEN CONSUELO CEREZO
United States District Judge