IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs                                                CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants

# ORDER

Having considered the Motion Requesting Payment of costs for Non-appearance at Deposition (**docket entry 86**), the same is GRANTED. Plaintiffs shall pay defendants Cordero & Marrero $141.00 within fifteen (15) days after notice.

The Motion Requesting Admission of Second Amended Complaint (**docket entry 89**) is DENIED. The Motion Requesting Leave to File Opposition to PREPA's Motion to Dismiss and the Motion Requesting Leave (**docket entries 91 and 98**) have become MOOT. The Motion to Reconsider Order Denying Protective Order (**docket entry 103**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on October 8, 1999.

CARMEN CONSUELO CEREZO
United States District Judge



