IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs                                                CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants



## ORDER

Having considered defendants' Motion for Reconsideration of Order Denying Motion to Dismiss (**docket entry 113**), the same is DENIED. The actions described in paragraphs 53 through 56 constitute acts of political discrimination occurring within one year before the complaint was filed.

The Motion to Reconsider Order of October 8, 1999 (**docket entry 114**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on October 29, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)