IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs                                    CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants

## ORDER

On January 8, 1999 the Clerk of the Court was ordered not to accept any further filings of dispositive motions (see docket entry 59). The Court allowed the filing of an opposition to a Motion to Dismiss Article 1802 Claims (see docket entry 68), but withheld its ruling on the Motion for Partial Summary Judgment. Unfortunately, the defendants filed two additional, unauthorized dispositive motions, which slipped into the record: a Motion to Dismiss Plaintiffs' Civil Rights and ADA Claims based on a statute of limitations argument (**docket entry 88**) and a Motion for Summary Judgment based on allegation that plaintiff's position was a trust position (**docket entry 95**). Reviewing these motions, the Court finds that neither contains any lately acquired information, and that the arguments raised could have been raised just as easily over two years ago.

To entertain these motions at this late stage would be to sanction the piecemeal litigation of this case.



AO 72A
(Rev.8/82)

CIVIL 97-2108CCC                                    2

Accordingly, both motions (**docket entries 88 and 95**) are ORDERED STRICKEN from the record.

SO ORDERED.

At San Juan, Puerto Rico, on February 3, 2000.

                                             CARMEN CONSUELO CEREZO
                                             United States District Judge

AO 72A
(Rev.8/82)

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE ROMERO VILLANUEVA, et als, <br> Plaintiffs, | * <br> * <br> * |
| V. | *    CASE NO. 97-2108 (CCC) <br> * |
| PUERTO RICO ELECTRIC POWER <br> AUTHORITY (PREPA), et als, <br><br> Defendants, | * <br> *    AMERICANS WITH <br> *    DISABILITIES ACT <br> *    POLITICAL <br> *    DISCRIMINATION <br> * |

## MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE CARMEN CONSUELO CEREZO
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NOW COME defendants the Puerto Rico Electric Power Authority (hereinafter PREPA), Miguel Cordero and Brunilda Marrero, individual defendants, in their official capacity, through the undersigned counsel, and most respectfully state and pray as follows:

[STAMP: STRICKEN FROM RECORD PURSUANT TO ORDER OF Judge Cerezo dtd 2/7/00 doc. #118]

[STAMP: CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF P.R.]

1. Plaintiff Jose Romero Villanueva claims having been discriminated against due to his political beliefs, in violation of his protected rights of freedom of speech and association.

2. Mr. Romero Villanueva also claims to be a disabled person, pursuant to the Americans with Disabilities Act (hereinafter ADA), who was discriminated

[STAMP: RECD JUN 16 1999]

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE ROMERO VILLANUEVA, et als,    *
           Plaintiffs,    *
           *
           V.    *    CASE NO. 97-2108 (CCC)
           *
PUERTO RICO ELECTRIC POWER    *
AUTHORITY (PREPA), et als,    *    AMERICANS WITH DISABILITIES ACT
           Defendants,    *    POLITICAL DISCRIMINATION
           *
           *

**MOTION TO DISMISS PLAINTIFF'S CIVIL RIGHTS AND A.D.A. CLAIMS**

TO THE HONORABLE CARMEN CONSUELO CEREZO,
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO.

NOW COME defendants, the Puerto Rico Electric Power Authority (hereinafter PREPA), Miguel Cordero and Brunilda Marrero, individual defendants in their official capacity, through the undersigned counsel, and most respectfully state and pray as follows:

*[Stamp: CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF P.R. — STRICKEN FROM RECORD PURSUANT TO ORDER OF [signature] dtd 2/7/00 Dkt #118]*

**I.**    **INTRODUCTION**

On July 17, 1997, José Romero Villanueva filed the instant civil action, seeking compensatory and punitive damages in connection with the alleged discrimination instituted upon him by defendants. His federal causes of action arise out of the Civil Rights Act of 1871, 42 U.S.C.A. § 1983 and of the American with Disabilities Act of 1990, 42 U.S.C.A. § 12101.



MAY -7 1999