IN  .IE UNITED STATES DISTRICT CC  .T
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    February 25, 2000


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


JOSE ROMERO-VILLANUEVA, et al

vs                                         CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al


By order of the Court **a final pretrial conference is hereby set for April 4, 2000**

**at 4:45 PM.**  Parties to be notified.


                                         ⌐⌐⌐ - Secretary