IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                April 10, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

JOSE ROMERO-VILLANUEVA, et al

vs                                                    CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA), et al

The final pretrial conference scheduled for April 4, 2000 was not held. Present were: José Tous-Rodríguez, counsel for plaintifffs, Laura Maldonado-Rodríguez and Francisco Ojeda-Diez, counsel for defendants. The reason for postponing the conference was to allow the Court to determine whether the motions which had been ordered stricken: Motion to Dismiss Plaintiffs' Civil Rights and ADA Claims and Motion for Summary Judgment (docket entries 88 and 95) should be reinstated given the fact that although the Court since October 16, 1998 had entered a footnote order (docket entry 43) prohibiting the parties from filing dispositive motions, the Magistrate Judge during a conference held on December 18, 1998 (docket entry 54) granted the parties' request to file dispositive motions. The Court will enter a separate order disposing of the pending mattes and informing if the stricken motions will be reinstated. Parties to be notified.

- Secretary