IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs                                              CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants

**O R D E R**

During the final pretrial conference scheduled for April 4, 2000 the parties brought to the attention of the Court that a Motion for leave to file a first amended complaint was still pending adjudication. This motion was filed on March 2, 1999 as docket entry 77. It is titled as Informative Motion for Amended Complaint. Since informative motions are not referred by the Clerk of Court for disposition by the Court, this was no exception. The prayer does not correspond to the title of the motion since the prayer requests that the Court allow the amended complaint. Once again, we admonished plaintiffs' attorney, as it did during the final pretrial conference, that the Court should not be misled by the titles of the motions and that he should not mix unrelated matters in one single document, for example, an opposition to a previous motion and a motion for summary judgment.



AO 72A
(Rev.8/82)

CIVIL 97-2108CCC                    2

Having considered the Informative Motion for Amended Complaint which is in effect a motion for leave to amend the complaint (**docket entry 77**) and the opposition filed by PREPA on April 14, 1999 (**docket entry 81**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on April 10, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c  J Tous
     P Aldarondo
     J Maldonado
     J Ojeda
                4-11-00
                     Tous

AO 72A
(Rev.8/82)