IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs                                                    CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants

# ORDER

Having considered the Motion to Enter a Partial Summary Judgment contained in **docket entry 38**, the Opposition (**docket entry 65**), the Supplementary Partial Summary Judgment (**docket entry 72**) and defendants' Opposition (**docket entry 75**), said Motion to Enter a Partial Summary Judgment (**docket entry 38**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on April 10, 2000.

CARMEN CONSUELO CEREZO
United States District Judge