IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA
ANA JULIA CARRASQUILLO and their
conjugal partnership; ANTONIO JOSE
ROMERO and FRANCISCO JOSE
ROMERO

Plaintiffs

vs                                                                         CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA); BRUNILDA
MARRERO; MIGUEL A. CORDERO;
"JANE DOE" and their conjugal partnership

Defendants

## ORDER

As discussed in the pretrial conference held on April 4, 2000, the Court reviewed the two dispositive motions which were ordered stricken in this case to wit: Motion to Dismiss Plaintiffs' Civil Rights and ADA Claims (**docket entry 88**) and Motion for Summary Judgment (**docket entry 95**).

Upon reconsideration and considering that during the pretrial conference set before U.S. Magistrate Judge Arenas on December 18, 1998 the parties requested and were granted a brief extension beyond the deadline set by the Court for dispositive motions the court feels that it is convenient to entertain said motions. It also clarifies the record to state that when Ms. Maldonado called chambers and made a telephone request for a further extension to file the dispositive motions, she was acting based on the ruling given by the U.S. Magistrate Judge. Accordingly, the following two motions which were previously ordered stricken on February 7, 2000 (see docket entry 118) are ORDERED reinstated and filed to wit: (1) Motion to Dismiss Plaintiff's Civil Rights and ADA Claims filed on May 6, 1999 by PREPA, Miguel Cordero and Brunilda Marrero as individual defendants and in their official capacity and all exhibits attached

AO 72A
(Rev.8/82)

CIVIL 97-2108CCC                           2

thereto (**docket entry 88**), (2) Motion for Summary Judgment filed by the same defendants on June 15, 1999 (**docket entry 95**) and all exhibits attached thereto. Plaintiffs' Opposition to defendants' Motion for summary Judgment filed on August 20, 1999 (**docket entry 105**) will be considered by the Court as well as plaintiff's Opposition to defendants PREPA's Motion to Dismiss filed on May 17, 199 (**docket entry 93**). The Court will rule upon these motions before setting the case for trial.

SO ORDERED.

At San Juan, Puerto Rico, on April 10, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c Tous
Aldarondo
Maldonado
F. Ojeda
4-11-00

AO 72A
(Rev.8/82)