# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ROMERO-VILLANUEVA, ET AL

    **Plaintiff(s)**

    v.                                                  **CIVIL NUMBER: 97-2108 (JAG)**

PREPA

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Title:** Motion Requesting that the Second Amended Complaint be Admitted as the First Amended Complaint under Rule 15 of FRCP, etc. (By Plffs, 03/27/00); Motion to Rectify the Record (By Dft, 04/04/00).<br>**Dockets:** 120, 122 | This matter is scheduled for a Status Conference on October 24, 2000 at 3:00 p.m. |

[ ] **Plffs**     [ ] **Defts**     [ ] **Other**

**Date:** 9/15/00

JAY A. GARCIA-GREGORY
U.S. District Judge