UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**               DATE: OCTOBER 24, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:                         **CASE NO. CIVIL 97-2108 (JAG)**

===================================================================

JOSE ROMERO VILLANUEVA                    Attorneys:
                                          For Plantiff: JOSE TOUS

         VS
PUERTO RICO ELECTRIC                      For Defendants: LAURA
POWER AUTHORITY                           MALDONADO AND FRANCISCO
                                          OJEDA

===================================================================

Case called for status conference. Theories of parties heard. Court will need to rule upon dispositive motions presently before it before any meaningful settlement discussions can take place.

The unopposed motion by attorney Francisco Ojeda on behalf of his client, to join its codefendant's motion for summary judgment is granted.

After the Court rules on pending motions, it will determine whether there is any need for further settlement discussions.

Parties to be notified.

_____
Andres Lopez - Law Clerk