UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROMERO-VILLANUEVA, ET AL

**Plaintiff(s)**

v.  **CIVIL NUMBER:** 97-2108 (JAG)

PREPA

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 02/16/01<br>**Title:** Motion for Leave to Withdraw as Counsel for Defendant Puerto Rico Electric Power Authority<br>**Dockets**: 134<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED** as requested. |

**Date:** April 30, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


