# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO VILLANUEVA, et al

**Plaintiff(s)**

v.   CIVIL NO. 97-2108 (JAG)

PUERTO RICO ELECTRIC POWER
AUTHORITY

**Defendant(s)**

---

## ORDER

The undersigned judge recuses himself in this case. The case is to be reassigned to Judge Carmen Consuelo Cerezo in exchange of another case from her docket.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 22nd day of May, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge





Operations Manager