# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                      August 27, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge


JOSE ROMERO-VILLANUEVA, et al

vs                                                              CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA), et al


By order of the Court plaintiffs' Motion to Dispose of Important Matters (**docket entry 120**) is DENIED, no further amended complaints will be allowed.

Co-defendants Puerto Rico Electric Power Authority, Miguel Cordero and Brunilda Marrero's Motion to Rectify the Record and in Opposition to the Filing of the Proposed Pretrial Conference Memorandum (**docket entry 122**) is NOTED as to the rectification. As to the opposition to filing a joint proposed pretrial order, the parties are advised that they must file a joint pretrial order before the pretrial conference, which will be set by separate order. Any objections by the defendants are to be included in said pretrial order.

Plaintiffs' Motion to Refile the Motion for Partial Summary Judgment Originally Filed on January 11, 1999 (**docket entry 127**) is DENIED. Their Motion to Inform as to Expert Witnesses and Treating Physician (**docket entry 128**) is NOTED. Whether plaintiffs have timely disclosed the curriculum vitae and reports of the expert witness and whether or not they have added "6 new witnesses, 26 new documents, and 4 new expert witnesses" as PREPA, Cordero and Marrero aver in their April 4, 2000 Motion (**docket entry 122**) will be discussed and resolved at the pretrial conference to be held after the Court rules on the dispositive motions (**docket entries 88 and 95**) and their corresponding oppositions.

MINUTES OF PROCEEDINGS
Page 2
August 27, 2001
CIVIL 97-2108CCC

The Motion Informing Annual Leave (**docket entry 133**) is MOOT.

The Motion for Leave to Withdraw as Counsel for Defendant Puerto Rico Electric Power Authority (**docket entry 134**) is GRANTED. Attorneys Aldaradondo-Girald and Maldonado Rodríguez are relieved as defense counsel for PREPA. Parties to be notified.

 - Secretary

s/cs:to (4)
attys/pts
in ICMS

SEP - 7 2001