IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**               September 20, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**


JOSE ROMERO-VILLANUEVA, et al

Plaintiffs

vs                                                   CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER AUTHORITY,
et al

Defendants

_____

By order of the Court, the Motion to Clarify the Record as to the Statute of Limitations filed by plaintiffs (**docket entry 132**) is DENIED.

The Motion Requesting Leave to Assume Legal Representation filed by defendant PREPA (**docket entry 136**) is GRANTED. Clerk of Court and parties to take notice that Fiddler González and Rodríguez will represent PREPA.

The Motion to Reconsider the Determination Made on the Minutes of the Proceedings Dated August 27, 2000 filed by plaintiffs (**docket entry 141**) is DENIED. Parties to be notified.

s/cs:to (4)
attys/pts
in ICMS

SEP 21 2001

— Secretary