# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**              April 10, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

JOSE ROMERO-VILLANUEVA, et al

vs                                      CIVIL 97-2108CCC

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA), et al

The Court of Appeals having dismissed on March 4, 2002 the appeal taken by plaintiffs of our August 27, 2002 order denying their Motion to Refile a Motion for Summary Judgment (see docket entry 144) and a pretrial conference having already been held in this case, the **jury trial is reset for July 10, 2002 at 10:00 AM.** Parties to be notified.

                                         - Secretary

4-10-02 s/c
Jury Clerk

s/cs:to ( 4 )
attys/pts
in ICMS

APR 11 2002

145