IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO-VILLANUEVA,
et al

    Plaintiff

    v.                                    CIVIL NO. 97-2108 (CCC)

PREPA, et al

    Defendant

## MEMORANDUM OF THE CLERK

Pursuant to the order entered in Misc. 02-55 dated April 12, 2002, this case was randomly reassigned to U.S. District Judge Daniel R. Domínguez.

In San Juan, Puerto Rico, this 15th day of April 2002.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court