UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE ROMERO VILLANUEVA, et al, | CIVIL NO. 97-2108(DRD) |
| Plaintiffs, | |
| v. | |
| PREPA, et al, | |
| Defendants. | |

ORDER

The instant case was reassigned on April 15, 2002 to the undersigned Judge. The Trial scheduled in the instant case for **July 10, 2002, at 9:00** a.m. will continue to be held in said date. A Pre-trial Conference is scheduled for **June 10, 2002, at 5:30 p.m.**

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 22 day of April 2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE