UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　**DATE: June 10, 2002**
**CIVIL NO. 97-2108 (DRD)**
**START: 5:25 PM　　END: 6:25 PM**

LAW CLERK: Ronald D. Swanson-Cerna, Esq.

=====================================================================

| | |
|---|---|
| JOSE ROMERO VILLANUEVA, et. al., | Attorney: |
| Plaintiffs, | José M. TOUS, Esq. |
| v. | |
| PREPA, et. al., | Francisco A. OJEDA, Esq. |
| Defendants. | Luis F. COLON, Esq. |
| | Pedro J. MANZANO, Esq. |

=====================================================================

A PRETRIAL CONFERENCE could not be held today as originally scheduled. Instead, the conference was converted to a Status Conference. The parties advised the Court as to the status of the case. The Court ordered the following:

1. The July 10, 2002, trial date is VACATED. Although the Court previously stated the case would not be set for trial prior to resolving all pending motions, and the case was set for trial, upon this case subsequently being reassigned to the undersigned judge it has become clear that several motions remain pending. Specifically, the Court must resolve the pending summary judgment motion (Docket #88). Accordingly, the Court generously grants Defendants until Monday, June 17, 2002, to file any potential motions for possible remaining dispositive issues; Plaintiffs will have until June 24, 2002, to oppose, if they deem appropriate.

2. Should any motions be filed by June 17th, and / or any oppositions follow by June 24th, both parties are to file *brief* sample draft orders for the Court's review as if their position had prevailed, including caselaw support for their views. These drafts are to be submitted to the Court in electronic format (e-mail or diskette) on or before July 1, 2002.

3. The Court suggests the parties review Clockedile v. New Hampshire Dept. of Corrections, 245 F.3d 1 (1st Cir. 2001), when preparing any motions or oppositions for submission, should the Defendants allege any dismissal for lack of EEOC exhaustion as to retaliation claims related to previously filed discrimination claims.

4.  The Pre-Trial Conference is rescheduled for **Tuesday, August 27, 2002, at 4:30 PM** (the parties are to note the time change from that discussed during the Conference). The parties are to be prepared for trial for September 3, 2002 (though trial may not be scheduled until the 4th or 5th; the exact date will be confirmed during the Pre-Trial Conference).

                                                                                  DANIEL R. DOMINGUEZ
                                                                                  DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Gen Admin\Minutes of ISC.wpd