# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) José Romero Villanueva, et.al.        CIVIL NO. 97-2108 (DRD)

v.

Defendant(s) PREPA

RECEIVED AND FILED
2002 JUL 30 AM 9:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. 153 & 154 | ☒ GRANTED. |
| Date: June /17/2002. | ☐ DENIED.  } #153 |
| Title: Extension of Time (153) Informative Motion (154) | ☒ MOOT. |
| | ☒ NOTED. — #154 |

The Motion For Extension of Time (Docket #153) is GRANTED/MOOT as the requested extension date has already passed.

The Informative Motion (Docket #154) advising the Court of the Defendants' efforts to obtain Plaintiffs' counsel's current address is NOTED.

IT IS SO ORDERED.

Date: July /26/2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE