UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) JOSE ROMERO VILLANUEVA, ET. AL.    CIVIL NO. 97-2108 (DRD)

v.

Defendant(s) PREPA, ET. AL.

| MOTION | ORDER |
|---|---|
| Docket entry no. 161 | ☒ GRANTED. |
| Date: July / 24 / 2002. | ☐ DENIED. |
| Title: Motion Requesting Continuance of Trial | ☐ MOOT. |
| | ☐ NOTED. |
| Counsel for Defendants will be in Boston arguing a case before the First Circuit Court of Appeals on the date originally scheduled for this case's trial.  The September 3rd trial date is therefore continued to commence on September | 16, 2002, and run through September 20, 2002.  The pending Motion for Summary Judgment will be decided on or about the date already scheduled for Pre-Trial in this case: August 27, 2002. |

RECEIVED AND FILED
2002 JUL 31 AM 10:
CLERK'S OFFICE
U.S. DIST. CT.
SAN JUAN, PR

IT IS SO ORDERED.

Date: July / 29 / 2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

163