MINUTES OF PROCEEDINGS                          DATE: August 27, 2002
CIVIL NO. 97-2108 (DRD)
START: 5:45 PM         END: 6:05 PM

**LAW CLERK: Ronald D. Swanson-Cerna, Esq.**

================================================================

**JOSE ROMERO VILLANUEVA,**                     Attorney:
  Plaintiff,                                   Jose TOUS, Esq.

v.

**PREPA,**                                      Pedro J. MANZANO, Esq.
  Defendants.                                  Iris HERNANDEZ, Esq.
================================================================

A PRETRIAL CONFERENCE could not be held today, in order that the parties have a few more days to seriously consider settlement. The parties advised the Court as to the status of the case. The Court ordered the following:

1. The Court has stressed that this case will continue as scheduled. This case must be *completed* by September 25, 2002.

2. The Court additionally stressed that both parties should *seriously* consider settling this case.

3. A continued Pre-Trial Conference is scheduled for this coming **Friday, August 30, 2002, at 4:00 PM.**

                                                DANIEL R. DOMINGUEZ
                                                DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Gen Admin\Minutes of ISC.wpd