UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE ROMERO VILLANUEVA, et. al.
Plaintiffs,

v.  CIVIL NO. 97-2108 (DRD)

PREPA, et. al.
Defendants.

## JUDGMENT

In accordance with the Order of this date, the Defendants' Motion for Summary Judgment (Docket #152) is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ADJUDGED AND DECREED**.

DATE: September 03, 2002  DANIEL R. DOMINGUEZ
P:\RDSC\Gen Admin\Judgment.wpd  U.S. District Judge

Rec'd:   EOD:

By:   #


