## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO





JOSE ROMERO VILLANUEVA, ET AL.
      Plaintiffs,

v.

CIVIL NO. 97-2108(DRD)

PUERTO RICO ELECTRIC POWER AUTHORITY
(PREPA), ET AL.,
      Defendants.

## DESCRIPTION OF MOTION

| Date Filed: 10-22-02 | Docket No. 173 | Title: |
|---|---|---|
| [ ] Plaintiffs | [ X ] Defendants | Motion Requesting Extension of Time to File Reply to Plaintiffs' Motion to Reconsider |

| Date Filed: 10-29-02 | Docket No. 174 | Title: |
|---|---|---|
| [ X ] Plaintiffs | [ ] Defendants | Motion in Opposition for an Extension of Time |

## ORDER

[ ] is GRANTED.

[ ] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ X ] is OTHER.

ORDER:

The request for extension of time has become moot. Defendants are ordered to comply forthwith.

Date: December 10, 2002



J. Antonio Castellanos
U.S. Magistrate Judge

