# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**JOSE ROMERO VILLANUEVA, et al.,**
Plaintiffs,

**CIVIL NO. 97-2108 (DRD)**

v.

**PREPA, et al.,**
Defendants.

## ORDER

Francisco Ojeda-Diez' Motion to Withdraw as Attorney of Record (Docket No. 172) is **GRANTED** as requested given his resignation from the Federal Litigation Division of the Department of Justice for the Commonwealth of Puerto Rico.

**IT IS SO ORDERED.**

Date: September 30, 2003

**DANIEL R. DOMINGUEZ**
U.S. District Judge