UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSÉ ROMERO VILLANUEVA, et al.,

    Plaintiffs

    V.

PUERTO RICO ELECTRIC POWER
AUTHORITY, et al.
    Defendants

CIVIL ACTION NO. 97-2108 (DRD)
American with Disabilities and
Political
Discrimination

### NOTICE OF APPEAL

To the Honorable Court:

    Come now the Plaintiffs and most respectfully allege and praise:

    Notice is hereby given that all the above named Plaintiffs, José Romero Villanueva, Ana Julia Carrasquillo Antonio José Romero and Francisco José Romero hereby appeal for the United States Court of Appeals for the First Circuit, from a final order entered on September 30, 2003 in the above captioned case denying a Motion to Reconsider filed by the Plaintiffs in order to reinstate the complaint against all the defendants.

Respectfully submitted on October 17, 2003.

Certification of delivery: Three copies of this Notice of Appeal was delivered to the Secretary of the Court in order to notify the parties and another copy is sent to Pedro J. Manzano Yates, Esq. P.O. Box 363507, San Juan, P.R. 00936-3507.

José M. Tous-Rodríguez, Esq.
USDC-P.R. #129007
P.O. Box 360532
San Juan, P.R., 00936-532
(787) 765-6433

RECEIPT # 140266
AMOUNT: $105.00
OCT 17 2003
CASHIER SIGNATURE

c/s: Appeals Clerk
10/17/03